**Order entered June 3, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00374-CV**

**LOCAL PUBLIC HOUSE, LLC, Appellant**

**V.**

**CARLY PAGE SHOCKEY, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-05120-2019**

**ORDER**

The clerk's record is overdue. As directed by this Court, appellant has provided written verification that it has paid for the clerk's record. Accordingly, we **ORDER** Collin County District Clerk Lynne Finley to file the clerk's record on or before June 24, 2022. We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Finley and all parties.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE